GMC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  NOV 06 2013  ★

LONG ISLAND OFFICE

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ENGLISH THOMAS,

        Defendant.

APPLICATION

12 CR 619 (LDW)

- - - - - - - - - - - - - - - - -X

     COMES NOW the United States of America, by and through Assistant United States Attorney Grace M. Cucchissi, and applies for an order pursuant to the All Writs Act, 28 U.S.C. § 1651, directing the Metropolitan Detention Center, with assistance from the United States Marshal's Service, or any other federal agency, to use any appropriate force to secure the appearance of ENGLISH THOMAS. In support of this Application, your deponent states as follows:

     1.   The defendant ENGLISH THOMAS has been indicted on charges of attempted murder in aid of racketeering and other related charges.

     2.   The defendant ENGLISH THOMAS is in custody at the Metropolitan Detention Center on these charges.

     3.   On August 7, 2013, the United States Marshal's Service attempted to produce the defendant ENGLISH THOMAS to appear in the United States District Court for the Eastern District of New York in Central Islip, New York. The defendant ENGLISH THOMAS refused

to leave his cell to be transported to this Court.  Moreover, earlier today, the defendant again refused to leave his cell to be transported to this Court.  The United States Marshal's Service has advised the government that the attached Order is the appropriate means to secure the defendant's appearance for all future scheduled court dates.

For the foregoing reasons, the United States respectfully requests that this Court order the Metropolitan Detention Center, with assistance as necessary from the United States Marshal's Service, or any federal officer, to use any appropriate force to secure the appearance of ENGLISH THOMAS, for any future scheduled court appearances.  Your deponent declares under the penalty of perjury that the foregoing is true and correct to the best of her knowledge and belief.

Dated:    Central Islip, New York
          November 6, 2013

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York
                                    610 Federal Plaza
                                    Central Islip, New York  11722

                              By:   _____
                                    Grace M. Cucchissi
                                    Assistant U.S. Attorney
                                    (631) 715-7846