```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,                          ORDER

            - against -                            CR 12-0619

                                                   (Wexler, J.)

ENGLISH THOMAS,

                      Defendant.
----------------------------------------------------------X
```

APPEARANCES:

    LORETTA E. LYNCH, ESQ.
    UNITED STATES ATTORNEY, EASTERN DISTRICT OF NEW YORK
    BY:   James M. Miskiewicz, Esq., Assistant United States Attorney
           Grace M. Cucchissi, Esq., Assistant United States Attorney
    Attorney for the Government
    610 Federal Plaza
    Central Islip, New York 11722

    GREGORY S. WATTS, ESQ.
    BY:   Gregory S. Watts, Esq.
    Attorney for Defendant
    26 Court Street, Suite 910
    Brooklyn, New York 11242

WEXLER, District Judge:

    Before the Court is the Defendant's motion for reconsideration of the Memorandum and Order dated October 9, 2014, in which the Court granted the Government's motion _in limine_ requesting an anonymous and partially sequestered jury. The Court grants the Defendant's motion for reconsideration since Defendant failed to oppose the underlying _in limine_ motion. Having considered Defendant's arguments in opposition to the Government's request for an

anonymous jury, the Court affirms its decision to empanel an anonymous and partially sequestered jury.

**SO ORDERED:**

Dated: Central Islip, New York
October 28, 2014

/s/
LEONARD D. WEXLER
United States District Judge